Case # 1:24-cv-02571-JTM-1

I Joel Edwards asking for an expundgement of this case. I performed Probation and Parole, and community services, and repayed all fines. without a problem.

I am the man that was abducted on 17 Jan 2024 in from of my home. I was on the News for 2 days. I was beaten and held for ransome.

I am only asking that my record Please be expundyed.

Joel Edwards
410-371-0746
4 Sept 2024

Email = thehomestore3134@yahoo.com
address: 11550 Cross roads circle Apt 418
Middle River MD 21220